UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CASE NO. 15-81004

LA SAFETY ASSOC OF TIMBERMEN CHAPTER 7
DEBTOR

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Ted Brett Brunson, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| Creditor's Name & Address | Amount of Check |
|---|---|
| A&M Concrete<br>PO Box 1296<br>Zwolle, LA 71486 | $ 230,639.80 |
| Alexandria Oral Surgery Associates<br>c/o General Collections<br>1403 Peterman Dr<br>Alexandria, LA 71301 | $ 144.62 |
| ALEXIS WAGUESPACK, MD<br>1849 Barataria Blvd. Suite C<br>Marrero, LA 70072 | $ 56.98 |
| AMC Resources<br>PO Box 1152<br>Mandeville, LA 70470 | $ 616.79 |
| Barto's Air Conditioning, Inc.d/b/a Barto's Appliance<br>c/o McCranie Sistrunk,Quincy Crochet<br>195 Greenbriar B<br>Covington, LA 70433 | $ 4,341.18 |
| Baton Rouge General Medical Center<br>Attn: Laurie Ernest<br>8490 Picardy Ave. Bldg 400<br>Baton Rouge, LA 70809 | $ 16,629.34 |

| | |
|---|---|
| BONE & JOINT CLINIC-WILSON<br>P.O. BOX 98035<br>BATON ROUGE, LA 70898 | $ 129.42 |
| BRFHH, LLC dba University Health-Shreveport<br>1541 Kings Highway<br>Shreveport, LA 71103 | $ 9,543.41 |
| BRIAN MURPHY<br>PO Box 81<br>Eros, LA 71238 | $ 33,915.50 |
| Center for Orthopaedics<br>1747 Imperial Blvd.<br>Lake Charles, LA 70605 | $ 696.52 |
| Champion Medical Center - Baton Rouge<br>5710 LBJ Fwy, Ste 300<br>Dallas, TX 75240 | $ 14,172.76 |
| CLARK A. GUNDERSON MD AMC<br>2615 Enterprise Blvd<br>Lake Charles,LA 70601 | $ 140.55 |
| CLINICAL PARTNERS PA GLENWOOD<br>PO Box 1712<br>Longview, TX 75606-1712 | $ 134.58 |
| Cori Powell on behalf of Kynlee Powell<br>30 Kisatchie Hills<br>Boyce, LA 71409 | $ 24,808.29 |
| Craig Husbands<br>c/o Todd C Martin<br>511 Stubbs Ave<br>Monroe, LA 71201 | $ 1,264.56 |
| Daniel Stafford<br>c/o Vinet & Day LLC<br>11817 Bricksome Ave, Suite A<br>Baton Rouge, LA 70816 | $ 4,463.78 |
| DEANNA ARCENEAUX<br>9742 E Pomona Drive<br>Baton Rouge, LA 70815 | $ 20,532.44 |
| Doctors Services LLC<br>5710 LBJ Fwy<br>Dallas, TX 75240 | $ 13,246.45 |
| E-Beth, LLC<br>PO Box 368<br>Forest Hill, LA 71430 | $ 51.28 |

| | |
|---|---|
| Eddie Lester<br>3756 Hwy 3226<br>DeRidder, LA 70634 | $ 6,603.06 |
| Elmfield Forest Products, LLC<br>c/o J. Kris Jackson<br>330 Marshall St, Suite 1200<br>Shreveport, LA 71101 | $ 271.32 |
| Emeric, Inc.<br>PO Box 9065<br>Mobile, AL 36691 | $ 16,374.62 |
| Francisco Acosta<br>LAW OFFICE OF MIGUEL ELIAS, APLC<br>4224 WILLIAMS BLVD<br>KENNER, LA 70065 | $ 5,760.84 |
| Frank Persick Jr.<br>1133 East Lakeshore Drive<br>Carrier, LA 39426 | $ 33,915.50 |
| GENESIS INFORMATION SERVICES, INC<br>9029 JEFFERSON HIGHWAY STE D-109<br>NEW ORLEANS, LA 70123 | $ 249.79 |
| Hinton Well Svc/Williarns Well Svc<br>P.O. Box 133<br>Lisbon, LA 71048 | $ 1,197.53 |
| J D Trucking, Inc.<br>34030 Cottonwood Lane<br>Slidell, LA 70460 | $ 180.67 |
| JAMES N DOMINGUE MD<br>1245 South College Rd<br>Lafayette, LA 70503 | $ 159.40 |
| Jason P Runge<br>159 Dogwood Trail<br>Derrider, LA 70634 | $ 8,665.17 |
| JERRY RAINS<br>12074 HWY 120<br>MARTHAVILLE, LA 71450 | $ 881.49 |
| JERRY THOMISEE<br>423 Hwy 156<br>Winnfield, LA 71483 | $ 264.87 |
| John Griffin<br>1896 Hudson Circle, Ste, 2<br>Monroe, LA 71201 | $ 3,397.93 |

| | | |
|---|---|---|
| Jonathan Esters<br>c/o Timothy R Fischer Atty<br>3421 Youree Dr<br>Shreveport, LA 71105 | $ | 30,523.95 |
| JOSEPH LEBOUEF<br>c/o Atty Michael Holmes<br>POB 790<br>Kinder, LA 70648 | $ | 25.32 |
| JRW RENOVATIONS<br>4048 Tall Timbers Drive<br>New Orleans, LA 70131 | $ | 81.40 |
| K.G., minor child of Jeramie Vicknair<br>c/o Bruce A. Gaudin<br>100 W Bellevue St<br>Opelousas, LA 70570 | $ | 2,212.29 |
| Keller & Trahant, LLC<br>506 Water Street, Suite B<br>Madisonville, LA 70433 | $ | 1,418.27 |
| Kim Champagne<br>208 Crouchet St.<br>Carencro, LA 70520 | $ | 54,264.80 |
| Landon Powell<br>611 Edgewood Drive<br>Pineville, LA 71360 | $ | 5,087.33 |
| LMHG North Institute<br>c/o Paul A. Lea, Jr. & Angela Boyer<br>724 E. Boston St.<br>Covington, LA 70433 | $ | 569.78 |
| M. L. Raab & Sons, Inc.<br>1105 McKinley Avenue<br>Shreveport, LA 71137 | $ | 40,698.60 |
| Mark A. Pina<br>PO Box 104<br>Natalbany, LA 70451 | $ | 692.83 |
| MCMC LLC<br>1451 Rockville Pike, Ste 440<br>Rockville, MD 20852 | $ | 4,167.30 |
| Neuroscience and Pain Institute<br>PO Box 862<br>Mandeville, LA 70470 | $ | 419.74 |
| Neurospinal Consultants<br>Anthony S. Ioppolo, MD<br>5408 Flanders Drive<br>Baton Rouge, LA 70808 | $ | 82.75 |

| | |
|---|---|
| Ochsner Clinic, LLC<br>PO Box 54851<br>New Orleans, LA 70154-4581 | $ 55.76 |
| Ouachita Biomass Inc<br>PO Box 7267<br>Alexandria, LA 71306 | $ 197.85 |
| Our Lady of Lourdes RMC<br>7800 Office Park Blvd<br>Baton Rouge, LA 70809 | $ 223.58 |
| Perry Rector<br>c/o Mark Riley<br>300 Stewart St<br>Lafayette, LA 70501 | $ 5,079.74 |
| Pharmtox Solutions, LLC<br>c/o Armedix, LLC<br>3705 W. Memorial Rd, Ste 1304<br>Oklahoma, OK 73134 | $ 209.19 |
| Phylis Richard<br>102 West 5th St<br>Thibodaux, LA 70301 | $ 111.92 |
| Plastic Surgery Assoc.<br>1101 S. College Rd, Ste 400<br>Lafayette, LA 70503 | $ 721.98 |
| Richard Hicks<br>200 Washington St<br>Monroe, LA 71210 | $ 6,657.39 |
| River City PT<br>2208 Benton Rd<br>Bossier City, LA 71111 | $ 981.65 |
| Robert Elder<br>c/o Atty Timothey R Fischer<br>3421 Youree Dr<br>Shreveport, LA 71105 | $ 28,489.02 |
| Robert Reed<br>108 Garden St<br>Sulphur, LA 70663 | $ 43.45 |
| Rod Mouille<br>302 South Rogers St<br>Church Point, LA 70525 | $ 2,802.38 |
| Russell Doyle<br>Attn: Scott J Sonnier<br>1075 Government St<br>Baton Rouge, LA 70802 | $ 39,590.93 |

| | |
|---|---|
| Scott Cormier<br>102 Lucas Circle<br>Lafayette, LA 70508 | $ 47,481.70 |
| Sid-Lou Iron Works, Inc.<br>PO Box 31<br>Meraux, LA 70075 | $ 162.79 |
| Southeast Neuroscience Center<br>128 Neuroscience Court<br>Gray, LA 70359-5209 | $ 782.50 |
| Staff Net, L.L.C.<br>1335 Grand Reserve Ct<br>Gulf Breeze, FL 32563 | $ 110.29 |
| Surviving Spouse and Dependents of Saul Arcement<br>c/o Dudley DeBosier Injury Lawyers<br>1075 Government Street<br>Baton Rouge, LA 70802 | $ 71,993.34 |
| SVH Group, Inc.<br>dba premiumaudit.com<br>PO Box 261710<br>Plano, TX 75026 | $ 74.95 |
| Terry Johnson<br>702 Bernice St<br>Farmerville, LA 71241 | $ 390.70 |
| The Glascock Group<br>5438 Shreveport Hwy<br>Pineville, LA 71360 | $ 2,713.24 |
| THE TOWNSLEY LAW FIRM<br>3102 ENTERPRISE BLVD<br>LAKE CHARLES, LA 70601 | $ 2,713.24 |
| Vincent Todd Clark and Dawn Clark<br>1811 Tower Drive, Suite D<br>Monroe, LA 71201 | $ 78.55 |
| Walter Fee<br>212 Laurel Street<br>Baton Rouge, LA 70801 | $ 67,831.01 |

| | |
|---|---|
| William Brayden Powell<br>30 Kisatche Hills<br>Boyce, LA 71409 | $ 5,087.33 |

2. Nothing further remains to be done in this case.

Dated at Natchitoches, Louisiana, on this 20th day of February, 2026.

/s/ Ted Brett Brunson
TED BRETT BRUNSON,
TRUSTEE