B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana

In re Louisiana Safety Association of Timbermen , Case No. 15-81004

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dilks & Knopik, LLC
Name of Transferee

Name and Address where notices to transferee Should be sent:

35308 SE Center St
Snoqualmie, WA 98065

Phone: 877-836-5728
Last Four Digits of Acct #: ________

Scott Cormier
Name of Transferor

Court Claim # (if known): 301
Amount of Claim: $350,000.00
Date Claim Filed: 12/14/15

Phone: 337-303-3280
Last Four Digits of Acct #: ________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________
Last Four Digits of Acct #: ________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian J Dilks - Member
Transferee/Transferee's Agent

Date: 02/23/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Scott Cormier ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Louisiana Safety Association of Timbermen
Court: United States Bankruptcy Court - Western District of Louisiana
Case Number: 15-81004
Chapter: 7
Claim: 234 & 301
Original Creditor: Scott Cormier

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, February 23, 2026.

X________________________________
**Scott Cormier**