FORM 1340 (modified)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

FILED
MAR 4 2026
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# APPLICATION AND NOTICE FOR PAYMENT OF UNCLAIMED FUNDS

Debtor(s): Louisiana Safety Association of Timbermen

Case number: 15-81004

Payment requested by:

☒ ElectronicFunds Transfer (EFT)– must provide banking information on AO 213 or AO213P OR

☐ Treasury check mailed to the address listed below.

**NOTE:** Payments which the court determines need to be issued jointly(e.g., attorneys or fund locators)cannot be made by EFT and, thus, will be generated by Treasury check and mailed to the address listed below.

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

NAME OF CLAIMANT: Dilks & Knopik, LLC as assignee to Scott Cormier

NAME OF CO-CLAIMANT:

NAME OF APPLICANT (if different from Claimant):

CURRENT ADDRESS: 35308 SE Center St
Snoqualmie, WA 98065

TELEPHONE NUMBER: 425-836-5728

EMAIL ADDRESS admin@dkllc.com

| Held in the original name of: | Date of Transmittal | Amount |
|---|---|---|
| Scott Cormier | 02/20/26 | $47,481.70 |

**TOTAL Amount of Unclaimed Funds Requested:** $47,481.70

## 2. Claimant Information (Check applicable box)

Applicant[2] represents the following

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim: Scott Cormier

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**3. Applicant Information (Check applicable box)**

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

**4. Supporting Documentation (Required)**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United StatesAttorney and debtor(s). (Required)**

☒ Claimant(s) certifies that a copy of this application and supporting documents have been mailed to the U.S. Attorney, , 300 Fannin St., Suite 3201, , Shreveport, LA 71101 AND, if not the applicant, to debtor(s) at the following address: Louisiana Safety Association of Timbermen, , 

*Debtor's name and address*

**6. Claimant/Applicant Declaration (if Individual)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: ____________________

____________________

Signature of Co-Applicant (if applicable)

____________________

Printed Name of Co-Applicant (if applicable)

____________________

**6. Claimant/Applicant Declaration (if Business)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: February 24, 2026

Dilks & Knopik, LLC
Business Name

____________________
Business Representative Signature

Jeffrey Hudspeth – Vice President
Printed Name/Title of Business Representative

**7. Notarization**

STATE OF ____________________

COUNTY OF ____________________

This Application for Unclaimed Funds, dated ____________ was subscribed and sworn to before me this____day of____________________, 20___by ____________________ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public____________________

My commission expires:

**7. Notarization**

STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated 02/23/2026 was subscribed and sworn to before me this 24 day of February, 2026 by Jeffrey Hudspeth who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

CARYN M DILKS
NOTARY PUBLIC #22030574
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 29, 2026

(SEAL) Notary Public: ____________________
Caryn M Dilks

My commission expires: July 29, 2026

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-81004 |
| | ) | |
| Louisiana Safety Association of Timbermen | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |

CERTIFICATE OF SERVICE

The undersigned certifies that on February 24, 2026, a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by: USPS First-Class Mail postage prepaid to the following:

Office of the United States Attorney
300 Fannin St., Suite 3201
Shreveport, LA 71101

I certify that a copy of the Application for Payment of Unclaimed Funds was sent by: USPS First-Class Mail postage prepaid to the debtor at:

Louisiana Safety Association of Timbermen
Debtor

Dated: February 24, 2026

Signature
Jeffrey Hudspeth - Vice President
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

The dividends referenced herein were not collected by the owner of record, Scott Cormier.

Scott Cormier has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 02/23/26 (docket #1582).

Date: February 24, 2026

Jeffrey Hudspeth - Vice President
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

Dilks | & | Knopik

**CERTIFICATE OF LLC RESOLUTION**

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 29th day of April, 2025.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

[signature]
Brian J Dilks – Member

Date: 4/29/25

Subscribed and sworn to me this 04/29/2025

Notary Signature [signature]

My Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

[signature]
Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 4-29-2025

Subscribed and sworn to me this 04/29/2025

Notary Signature [signature]

My Commission Expires: 02/19/2026

DILKS & KNOPIK LLC
LIMITED LIABILITY COMPANY
WASHINGTON 2002

WASHINGTON
Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/09/2025
Effective Date: 05/09/2025
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2026**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
  a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**BRIAN.DILKS@DILKSKNOPIK.COM**

## EMAIL OPT-IN

By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

Title:
**MANAGING MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

## Affidavit of Brian J Dilks in support of the Application for Unclaimed Funds

I, Brian J. Dilks, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1. I am over the age of 18 and competent to submit this affidavit in support of the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC;
2. I am aware of the recent nationwide increase in applications for unclaimed funds that include fraudulent documentation. As such, the identity and legitimacy of any filer is rightfully being scrutinized. I submit this affidavit to provide background on our company and its 23-year history;
3. Every submission made by Dilks & Knopik, LLC includes government-issued photo identification for our authorized signers. These authorized signers have remained unchanged for over 20 years;
4. Our company has operated from the same physical address for more than 12 years, and the phone and email information that was on our first applications, 23 years ago, will still reach us today. Dilks & Knopik does not operate from a P.O. Box or Mailbox type store address.
5. We maintain professional liability insurance to ensure that, in the event of an operational failure or collection error on our part, the rightful owner of the funds will still receive them;
6. Every application submitted by our firm reflects the culmination of extensive research to identify and verify the rightful claimant. We take pride in the quality of our work and strive to avoid wasting the time or resources of the Court;
7. Dilks & Knopik, LLC was founded in 2002 by myself and my then-fiancée, now wife, Caryn Knopik. From the outset, our vision was to establish an industry-leading standard in unclaimed funds recovery. In pursuit of that goal, we have committed ourselves and our employees to the following principles:

a. We will remain accessible to our clients and will collaborate with court administrators to provide prompt and accurate responses to any question;

b. Before entering into any agreement, we disclose the jurisdiction, case name and number, and the precise dollar amount of unclaimed funds involved. Unlike others in the industry who may withhold such details until an exclusivity agreement is signed, we believe clients deserve full transparency in order to make informed decisions;

c. All funds recovered on behalf of our clients are forwarded to them within 10 business days of receipt;

8. I am proud to affirm that Dilks & Knopik, LLC has successfully recovered funds for clients in all 93 federal bankruptcy jurisdictions, including Puerto Rico, the U.S. Virgin Islands, and Guam. We have submitted over 20,000 applications for unclaimed funds and maintain an A+ rating with the Better Business Bureau.

9. Should the Court have any questions regarding this application, we welcome the opportunity to respond promptly and thoroughly.

Signed at Snoqualmie, WA on August 8, 2025

Brian Dilks, Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
(425) 333-2224 / (877) 836-5728 x 101
brian.dilks@dilksknopik.com

STATE OF WASHINGTON
COUNTY OF KING
This Affidavit of Brian Dilks, dated 08/08/2025 was subscribed and sworn to (or affirmed) before me on this 8th day of August, 2025 by Brian J. Dilks who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary – Mathew Zettley

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

On this 24 day of February, 2026, I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Caryn M. Dilks - Notary Public
My commission expires: July 29, 2026

Dilks | & | Knopik

CARYN M DILKS
NOTARY PUBLIC #22030574
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 29, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of February 23, 2026 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Scott Cormier with an address of 2104 Chase Wls, Shreveport LA 71118 (the "Assignor").

1. Assignor is/was a creditor in Louisiana Safety Association of Timbermen (15-81004) as filed in the Western District of Louisiana (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of $47,481.70 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum **$42,733.53** which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

**Assignor:** ______________________ Assignee: ______________________
**Scott Cormier** Dilks & Knopik, LLC
~~Brian J Dilks – Member~~
Jeffrey Hudspeth - Vice President

Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Scott Cormier ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Louisiana Safety Association of Timbermen
Court: United States Bankruptcy Court - Western District of Louisiana
Case Number: 15-81004
Chapter: 7
Claim: 234 & 301
Original Creditor: Scott Cormier

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, February 23, 2026.

X______________________________

**Scott Cormier**

Zoho Sign

Generated on Feb 23, 2026 12:59 PST

# Certificate of Completion

## Summary

**Document ID:** 2E461A0C-LSJIZRH8IA3LBO3JENH7KN6-SHOA4J1QZTU9PZ3ULHU

**Document name:** Scott Cormier Assignment Agreement

**Sent by:** Brian Baguhn <brian.baguhn@dkllc.com>

**Organization:** Dilks & Knopik, LLC
35308 SE Center Street, Snoqualmie, WA, United States 98065

**Sent on:** Feb 23, 2026 12:40:59 PST

**Completed on:** Feb 23, 2026 12:59:08 PST

**Sign order:** Sequential

**No. of documents:** 1

**Time zone:** America/Los_Angeles (GMT-08:00)

**Signers:** 1

**Receives a copy:** 0

**Approvers:** 0

**Witnesses:** 0

**Recipient reviewers:** 0

## Recipients

Signer

CORMIERORSCOTT
cormierorscott@gmail.com

**Emailed on:** Feb 23, 2026 12:41:00 PST

**Viewed on:** Feb 23, 2026 12:57:07 PST

**Terms agreed on:** Feb 23, 2026 12:57:51 PST

**Signed on:** Feb 23, 2026 12:59:08 PST

Signature

**Accessed from:** 181.214.226.77

**Device used:** Mobile

**Authentication type:** None

# Legal Disclosure

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

Please read the following information carefully. By clicking the 'I agree' button, you agree that you have reviewed the following terms and conditions and consent to transact business electronically using Zoho Sign electronic signature system. If you do not agree to these terms, do not click the 'I agree' button.

### Electronic documents

Please note that Dilks & Knopik, LLC ("we", "us" or "Company") will send all documents electronically to you to the email address that you have given us during the course of the business relationship unless you tell us otherwise in accordance with the procedure explained herein. Once you sign a document electronically, we will send a PDF version of the document to you.

### Request for paper copies

You have the right to request paper copies of these documents sent to you electronically from brian.dilks@dkllc.com. Alternatively, you also have the ability to download and print these documents sent to you electronically, and re-upload a scanned copy of the printed and physically signed documents. If you, however, wish to request paper copies of these documents sent to you electronically, you can write back to the sender.

### Withdrawing your consent

At any point in time during the course of our business relationship, you have the right to withdraw your consent to receive documents in electronic format. If you wish to withdraw your consent, you can decline to sign a document that we have sent to you and send an email to brian.dilks@dkllc.com informing us that you wish to receive documents only in paper format. Upon request from you, we will stop sending documents using Zoho Sign electronic signature system.

### To advise Dilks & Knopik, LLC of your new email address

If you need to change the email address that you use to receive notices and disclosures from us, write to us at brian.dilks@dkllc.com

### System requirements

Compatible with recent versions of popular browsers such as Chrome, Firefox, Safari, and Edge. Zoho Sign is also available on iOS and Android devices.

[Space Above This Line For Recording Data]

PMI CASE#: Loan No. 403248519
PARCEL TAX ID#: 6070192

MIN 1004031-0403248519-8

# MORTGAGE

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A)** **"Security Instrument"** means this document, which is dated February 14th , 2013 , together with all Riders to this document.

**(B)** **"Borrower"** is BRANDY BEARD CORMIER AND SCOTT JOSEPH CORMIER, WIFE AND HUSBAND

Borrower is the mortgagor under this Security Instrument.

**(C)** **"MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** The tax identification number of MERS is [redacted] .MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.



Address Proof

(D) "Lender" is PLATINUM MORTGAGE, INC.

Lender is a A ALABAMA CORPORATION organized and existing under the laws of THE STATE OF ALABAMA . Lender's address is 103 SPENRYN DR , MADISON, AL 35758 .

(E) "Note" means the promissory note signed by Borrower and dated February 14th , 2013 . The Note states that Borrower owes Lender ONE HUNDRED THIRTY TWO THOUSAND SIX HUNDRED FIFTY THREE AND NO/100

Dollars (U.S. $ 132,653.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than March 1st, 2043 .

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. All Riders to this Security Instrument are deemed to be a part of this Security Instrument as if fully incorporated herein. The following riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
☐ Balloon Rider ☐ Biweekly Payment Rider ☐ 1-4 Family Rider
☐ Other(s) [specify] ☐ Planned Unit Development Rider

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) "Escrow Items" means those items that are described in Section 3.

(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(P) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.
(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (soleley as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, with power of sale, the following described property located in the COUNTY

[Type of Recording Jurisdiction]

of LAFAYETTE :

[Name of Recording Jurisdiction]

SEE ATTACHED EXHIBIT "A"

which currently has the address of 102 LUCAS CIR

[Street]

LAFAYETTE , Louisiana 705084616 ("Property Address"):

[City] [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

StateFarm

**State Farm Fire and Casualty Company**

# Homeowners Rate Quote

**Monthly premium**
**$175.08**

**Annual premium**
**$2,101.00**

Prepared date: June 25, 2025

**Prepared for**
CORMIER, SCOTT
102 LUCAS CIR
LAFAYETTE, LA 70508-4616


**State Farm agent**
**Sarah Kirk**
3218 Line Ave Ste 111
Shreveport, LA 71104-4261
Phone: (318)222-2886


**Property location**
9317 NEWCASTLE BLVD
SHREVEPORT, LA 71129-4839

**Property details**
Quote effective date: 06/25/2025
Year built: 1991

Territory Zone: 95
Construction: Masonry veneer
Num Families: 1

Rate IV: 80%

## Quote description: Quote 2

| Quote results | Limit | Premium |
|---|---|---|
| **Coverages** | | |
| Dwelling (Coverage A) | 325,600 | 3,280.00 |
| Increased Dwelling - Option ID | Excluded | |
| Dwelling Extension | 32,560 | |
| Personal Property (Coverage B) | 244,200 | |
| Personal Liability (Coverage L) each occurrence | 100,000 | |
| Medical Payments (Coverage M) each occurrence | 1,000 | |
| Credit Card / Bank Card and Forgery | 1,000 | |
| Damage to Property of Others (Each Occurrence) | 1,000 | |
| Loss of Use | 97,680 | |
| **Loss Settlement Provision** | | |
| Loss Settlement Option - Dwelling | A1 - Replacement Cost - Similar Construction | |
| Loss Settlement Option - Personal Property | B1 - Limited Replacement Cost | |
| **Deductibles** | | |
| Policy deductible | 1% 3,256 | |
| Hurricane Duration deductible | 2% 6,512 | |
| **Charges / Credits** | | |
| Claim Record | | (347.00) |
| Home alert | | (33.00) |



Address Proof

| Quote results | Limit | Premium |
|---|---|---|
| Home / Auto discount | | (940.00) |
| **Policy Options and Endorsements** | | |
| Jewelry and Furs | 1,500 / 2,500 Option JF | 10.00 |
| Silver/Goldware Theft - Option SG | 2,500 included | |
| Business Property - Option BP | 1,500 included | |
| Building Ordinance or Law - Option OL (% of Coverage A) | 10% 32,560 | |
| Firearms - Option FA | 2,500 included | |
| Back-Up Sewer/Drain - Dwelling/Contents, 10% of Dwelling | 10% 32,560 | 16.00 |
| Fire Department Service Charge Increased Limits | 500 included | |
| Hurricane Duration Deductible | | 21.00 |
| Matching of Undamaged Roof Surfacing | 10% 32,560 | 94.00 |

**Total annual premium** .................................................. **2,101.00**
**Monthly premium** .................................................. **175.08**

This example of available coverages and limits is not a contract, binder, or recommendation of coverage. The Quote offered by State Farm assumes the coverage amount offered by State Farm equals the estimated replacement cost of your dwelling. Higher limits are available at a higher premium. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised. All coverages are subject to the terms and conditions contained in the policy and endorsements. You must choose your limits and coverages.

As part of our commitment to providing value and savings to our customers, we offer a variety of discounts that may reduce your homeowners insurance premium:

- Automatic Sprinkler Discount
- Home Alert Protection
- Home/Auto Discount
- Roof Surfaces Impact Resistant
- Utilities Rating Plan
- Wind Mitigation Discount Plan

Address Proof

# INVOICE

E. Pacheco Construction LLC
14935 Taurus Ave
Pride , LA 70770
(225) 337-2845

**Sales Representative**
Luis Pacheco
(225) 337-2845
luis@epbuilt.com

PACHECO

***Scott Cormier***
***Job #1291 - Scott Cormier - Roof Repair***
***102 Lucas Cir***
***Lafayette, LA 70508***

PAID

| | |
|---|---|
| **Invoice #** | 1558 |
| **Date** | 7/1/2025 |
| **Amount Due** | $0.00 |
| **Due Date** | Due on Receipt |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Atlas Pinnacle Pristine | | 7.00 | $39.83 | $278.81 |
| Atlas Pro Cut Hip & Ridge | | 1.00 | $75.57 | $75.57 |
| Pipe boot | | 3.00 | $10.25 | $30.75 |
| Electric Split Pipe Boot | | 1.00 | $29.95 | $29.95 |
| Labor | Replaced hail damaged shingles on front slope and left slope of the house as well as capping shingles in that area.<br>Replace 3 pipe boots and shingles around it<br>Install spilt pipe boot for electric pole<br>Seal exposed nails | 1.00 | $600.00 | $600.00 |

**PAYMENT OPTIONS**

- **Cash Job:** We accept cash, check and ACH (bank transfer). Payment is due upon completion of each trade.
- **Insurance Claim:** Your first insurance check amount, deductible, or any upgrade/additional work is expected upon completion of each trade.
- **Financing Job:** Upon completion of the job, we will send you a certificate of completion to the financing company. Any amounts above the financed amount must be paid in full upon completion of the job.
- **Credit/Debit Card Payments:** A 3% fee may be added to the invoice amount. Visa, MasterCard, and all other major credit cards accepted.
- **Late fee may apply after 15 days.**

| | |
|---|---|
| **Sub Total** | $1,015.08 |
| **Total** | $1,015.08 |
| **Payment 7/1/2025** | $1,015.08 |
| **Amount Paid** | $1,015.08 |
| **Balance Due** | $0.00 |

## SPECIAL INSTRUCTIONS

Address Proof

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CASE NO. 15-81004

LA SAFETY ASSOC OF TIMBERMEN CHAPTER 7
DEBTOR

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Ted Brett Brunson, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

Creditor's Name & Address Amount of Check

| | |
|---|---|
| A&M Concrete<br>PO Box 1296<br>Zwolle, LA 71486 | $ 230,639.80 |
| Alexandria Oral Surgery Associates<br>c/o General Collections<br>1403 Peterman Dr<br>Alexandria, LA 71301 | $ 144.62 |
| ALEXIS WAGUESPACK, MD<br>1849 Barataria Blvd. Suite C<br>Marrero, LA 70072 | $ 56.98 |
| AMC Resources<br>PO Box 1152<br>Mandeville, LA 70470 | $ 616.79 |
| Barto's Air Conditioning, Inc.d/b/a Barto's Appliance<br>c/o McCranie Sistrunk,Quincy Crochet<br>195 Greenbriar B<br>Covington, LA 70433 | $ 4,341.18 |
| Baton Rouge General Medical Center<br>Attn: Laurie Ernest<br>8490 Picardy Ave. Bldg 400<br>Baton Rouge, LA 70809 | $ 16,629.34 |

| | | |
|---|---|---|
| Scott Cormier<br>102 Lucas Circle<br>Lafayette, LA 70508 | $ | 47,481.70 |
| Sid-Lou Iron Works, Inc.<br>PO Box 31<br>Meraux, LA 70075 | $ | 162.79 |
| Southeast Neuroscience Center<br>128 Neuroscience Court<br>Gray, LA 70359-5209 | $ | 782.50 |
| Staff Net, L.L.C.<br>1335 Grand Reserve Ct<br>Gulf Breeze, FL 32563 | $ | 110.29 |
| Surviving Spouse and Dependents of Saul Arcement<br>c/o Dudley DeBosier Injury Lawyers<br>1075 Government Street<br>Baton Rouge, LA 70802 | $ | 71,993.34 |
| SVH Group, Inc.<br>dba premiumaudit.com<br>PO Box 261710<br>Plano, TX 75026 | $ | 74.95 |
| Terry Johnson<br>702 Bernice St<br>Farmerville, LA 71241 | $ | 390.70 |
| The Glascock Group<br>5438 Shreveport Hwy<br>Pineville, LA 71360 | $ | 2,713.24 |
| THE TOWNSLEY LAW FIRM<br>3102 ENTERPRISE BLVD<br>LAKE CHARLES, LA 70601 | $ | 2,713.24 |
| Vincent Todd Clark and Dawn Clark<br>1811 Tower Drive, Suite D<br>Monroe, LA 71201 | $ | 78.55 |
| Walter Fee<br>212 Laurel Street<br>Baton Rouge, LA 70801 | $ | 67,831.01 |

Deposited on 2/20/26

| | |
|---|---|
| William Brayden Powell<br>30 Kisatche Hills<br>Boyce, LA 71409 | $ 5,087.33 |

2. Nothing further remains to be done in this case.

Dated at Natchitoches, Louisiana, on this 20th day of February, 2026.

/s/ Ted Brett Brunson
TED BRETT BRUNSON,
TRUSTEE

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
www.dilksknopik.com

FIRST-CLASS
US POSTAGE IMI PITNEY
ZIP 98065 $ 002
02 7H
0006214050 FEB 2

FILED

MAR 3 2026

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

EXHIBIT-X

Dilks & Knopik

February 24, 2026

United State Bankruptcy Court
Western District of Louisiana
Attn: Financial Department
300 Fannin St., Suite 2201
Shreveport, LA 71101

RE: Application for the Release of Unclaimed Funds

Case No: 15-81004 - In re: Louisiana Safety Association of Timbermen

Dear Friends:

Enclosed, please find an **Application for the Release of Unclaimed Funds** in the above-referenced matter. The funds were originally deposited in the name of **Scott Cormier** in the approximate amount of **$47,481.70**.

Kindly docket or review the enclosed Application at your earliest convenience

Thank you for your attention to this matter.

Sincerely,

Jeffrey Hudspeth
Vice President

35308 SE Center St, Snoqualmie, WA 98065
Phone: 425-836-5728 | Email: admin@dkllc.com
www.dilksknopik.com